FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 11**

THE GOODYEAR TIRE & RUBBER
COMPANY

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his
official capacity as Commissioner of U.S. Customs and Border Protection; and
the UNITED STATES OF AMERICA

Defendant.

Court No.    25-00498

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff                    ,  The Goodyear Tire & Rubber Company , in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

Daniel Cannistra .

Date: December 10, 2025

/s/ Daniel Cannistra
_____
Signature

Daniel Cannistra
_____
Attorney

Crowell & Moring, LLP
_____
Firm

1001 Pennsylvania Ave. NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

(202) 624-2902
_____
Telephone Number

dcannistra@crowell.com
_____
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 25-00498 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 11**

| | |
|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA<br><br>Defendant. | Court No.    25-00498 |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , The Goodyear Tire & Rubber Company , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

Daniel Cannistra .

Date: December 10, 2025

/s/ Daniel W. Wolff
Signature

Daniel W. Wolff
Attorney

Crowell & Moring, LLP
Firm

1001 Pennsylvania Ave. NW
Street Address

Washington, DC 20004
City, State and Zip Code

(202) 624-2621
Telephone Number

dwolff@crowell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 25-00498 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)